# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Kevin J Murray,

                Plaintiff(s),

v.                                         Case No. 2:08–cv–15147–LPZ–MKM
                                            Hon. Lawrence P Zatkoff

United States Department of
Treasury, Secretary of, et al.,

                Defendant(s).

## Notice to Defendant Federal Reserve System

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

    Robert J. Muise
    24 Frank Lloyd Wright Drive
    P.O. Box 393
    Ann Arbor, MI
    48106

    an answer to the complaint within sixty (60) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**     By:   s/ L. Behringer
                                                            Deputy Clerk



                                                           Date of Issuance:  December 15, 2008

## Summons and Complaint Return of Service

Case No. 2:08–cv–15147–LPZ–MKM
Hon. Lawrence P Zatkoff

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:   Federal Reserve System

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: