**INDEX OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| A | Credit Agreement Dated September 22, 2008 |
| B | AIG September 26, 2008 Form 8-K |
| C | AIG Credit Facility Trust Agreement |
| D | AIG November 10, 2008 Press Release |
| E | AIG November 25, 2008 Form 8-K |
| F | Warrant to Purchase Common Stock |
| G | Securities Purchase Agreement |
| H | AIG Takaful – Frequently Asked Questions |
| I | AIG Takaful – About Us – Mission Statement |
| J | AIG December 1, 2008 Press Release |
| K | Seminar at the U.S. Department of Treasury: Islamic Finance 101 |
| L | *Henry Builders, Inc. v. United States of America*, Case No. 1:09-cv-0288-ENV-JMA (E.D.N.Y. Jan. 26, 2009) (Decision and order dismissing *sua sponte* constitutional challenge to EESA for lack of standing) |
| M | SSFI Program Description |