**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| **KEVIN J. MURRAY**,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**HENRY M. PAULSON, JR.,** in his official  )<br>capacity as Secretary, U.S. Department of Treasury;  )<br>and **BOARD OF GOVERNORS OF THE**  )<br>**FEDERAL RESERVE SYSTEM**,  )<br>  )<br>  Defendants.  )<br>_____) | **NOTICE OF APPEARANCE**<br>**OF ATTORNEY**<br>**DAVID YERUSHALMI**<br><br>2:08-cv-15147-LPZ-MKM |

Pursuant to Local Rules, Attorney David Yerushalmi hereby enters his notice of appearance as co-counsel of record representing Plaintiff Kevin J. Murray in the above-captioned matter. Attorney Yerushalmi is a member in good standing of the bars of the U.S. District Courts for the Central District of California, Arizona, and the District of Columbia, of the bar of the highest courts of California, Arizona, New York, and the District of Columbia. Attorney Yerushalmi's admission to this Court is pending subject only to being sworn in.

Dated: March 2, 2009

        Respectfully submitted,

        /s/ David Yerushalmi
        *Attorney for Plaintiff*
        Law Offices of David Yerushalmi, P.C.
        P.O. Box 6358
        Chandler, Arizona 85246
        david.yerushalmi@verizon.net
        (646) 262-0500
        Fax (801) 760-3901
        Ariz. Bar No. 009616; DC Bar No. 978179; Cal. Bar No. 132011;
        NY Bar No. 756206

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert J. Muise (co-counsel for Plaintiff) and John R. Coleman (Trial Attorney for Defendants).

                                      Respectfully submitted,

                                      /s/ David Yerushalmi
*Attorney for Plaintiff*
Law Offices of David Yerushalmi, P.C.
P.O. Box 6358
Chandler, Arizona 85246
david.yerushalmi@verizon.net
(646) 262-0500
Fax (801) 760-3901
Ariz. Bar No. 009616; DC Bar No. 978179; Cal. Bar No. 132011; NY Bar No. 756206