# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN J. MURRAY,

       Plaintiff,                              CIVIL ACTION NO. 08-15147

 VS.                                          HONORABLE LAWRENCE P. ZATKOFF

TIMOTHY F. GEITHNER, et al,        HONORABLE JUDGE MONA K. MAJZOUB

       Defendants.
_____/

## ORDER CANCELLING MOTION HEARING SET FOR MONDAY FEBRUARY 8, 2010

On December 14, 2009 Plaintiff's filed a Motion to Compel Deposition of Defendant Geithner (docket no. 31). December 21, 2009, the above stated motion was referred to the undersigned for ruling (docket no. 32). On December 29, 2009 a Notice of Hearing was entered setting this motion hearing for February 08, 2010 at 2:00 p.m. (docket no. 34). Defendant's filed their Response to Motion to Compel Deposition of Defendant Geithner on January 15, 2010 (docket no. 35). On January 22, 2010 Plaintiff's filed their Reply to Motion to Compel Deposition of Defendant Geithner (docket no. 38).

**IT IS ORDERED** that the Motion Hearing set for Monday, February 8, 2010 and the Joint Statement of Resolved and Unresolved Issues deadline of February 02, 2010 are both **ADJOURNED** without date.


Dated: January 28, 2010                   s/ Mona K. Majzoub
                                                   MONA K. MAJZOUB
                                                   UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: January 28, 2009                     s/ Lisa C. Bartlett
                                            Case Manager