# Law Offices of David Yerushalmi, P.C.

Washington Offices:
Center for Security Policy
1901 Pennsylvania Avenue NW
Suite 201
Washington, D.C. 20006

Arizona Offices:
P.O.B. 6358
Chandler, Arizona 85246-6358

Direct Tel: 646.262.0500
FAX: 801.760.3901
Direct email: david.yerushalmi@verizon.net

Brooklyn, New York Offices:
640 Eastern Parkway
Suite 4C
Brooklyn, New York 11213

Long Island, New York Offices:
11 Grace Avenue
Great Neck, New York 11021

California Offices:
21731 Ventura Boulevard
Suite 180
Woodland Hills, California 91364

David Yerushalmi:   Licensed in Washington, D.C., New York, California & Arizona
                    Of Counsel to the Institute for Advanced Strategic & Political Studies
                    General Counsel to the Center for Security Policy
Gregory V. Bitterman: Licensed in New York & New Jersey

February 1, 2010

The Honorable Lawrence P. Zatkoff          The Honorable Mona K. Majzoub
United States District Judge                United States Magistrate Judge
United States District Court, E.D. Michigan  United States District Court, E.D. Michigan
Federal Building                            Theodore Levin U.S. Courthouse
200 E. Liberty Street                       231 W. Lafayette
Ann Arbor, Michigan 48104                   Detroit, Michigan 48226

Via Electronic Filing (ECF)

Re: Murray v. Geithner et al., Case No: 08-15147/Motion to Compel

Dear Judge Zatfkoff and Magistrate Judge Majzoub:

On December 14, 2009, we filed a Motion to Compel the deposition of Defendant Geithner in the above-referenced matter on behalf of Plaintiff (Doc #31). On December 21, 2009, the Court referred the Motion to the Honorable Mona K. Majzoub, United States Magistrate Judge (Doc #32). On December 29, the Court set an oral argument date of February 8, 2010 and a deadline of February 1 for the Joint Statement of Resolved and Unresolved Issues (Doc #34).

The matter has been fully briefed.

On January 28, 2010, the Court issued an order adjourning the oral argument on the motion and the filing of the Joint Statement without date (Doc #39).

Letter to the Honorable Lawrence P. Zatkoff and Mona K. Majzoub
February 1, 2010
Subject: Murray v. Geithner et al., Case No: 08-15147/Motion to Compel
Page 2 of 2

Plaintiff intends to file a Motion to Compel on documents formally requested by Plaintiff and withheld by Defendants who have argued that Plaintiff's document request is either not relevant or privileged. Plaintiff strongly disagrees with Defendants' position. The parties' counsel have made numerous efforts to resolve the matter without motion but there is a fundamental disagreement on the issues involved.

However, in light of the Court's recent order canceling both the oral argument and the Joint Statement without date on the Motion to Compel, Plaintiff seeks guidance from the Court since Plaintiff does not wish to burden the Court or to waste valuable resources filing a motion to compel that might be moot. We note, of course, that there are several motions pending, including Defendants' Motion for Certificate of Appealability pursuant to 28 USC 1292(b) (Doc #20) and Plaintiff's Motion for Leave to File First Amended Complaint (Doc #26), which might affect the pending Motion to Compel and our planned motion to compel.

Thank you for the Court's indulgence.


Sincerely,

LAW OFFICES OF DAVID YERUSHALMI, P.C.

/s/ David Yerushalmi
David Yerushalmi, Esq.

THOMAS MORE LAW CENTER

/s/ Robert J. Muise, Esq.


CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, a copy of the foregoing Letter to the Honorable Lawrence P. Zatkoff and Mona K. Majzoub was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

    LAW OFFICES OF DAVID YERUSHAMI, P.C.

    /s/ David Yerushalmi
    David Yerushalmi, Esq.