**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KEVIN J. MURRAY,

       Plaintiff,

vs.

UNITED STATES DEPARTMENT
of TREASURY, SECRETARY of, et al,

       Defendants.                /

CIVIL NO. 08-15147

HONORABLE LAWRENCE P. ZATKOFF

HONORABLE MONA K. MAJZOUB

**ORDER FOR SUBMISSION AND DETERMINATION
OF MOTION WITHOUT ORAL HEARING**

A **Motion TO Determine Sufficiency of Answers and Objections to Request for Admissions** (Docket no. 48) was filed on April 12, 2010. The motion was filed by the Plaintiff in the above-entitled cause.

A Response, including a written brief, is to be filed on or before **April 28, 2010.**

A Joint Statement of Resolved and Unresolved Issues to be filed on or before **May 31, 2010.**

This Motion will be decided upon by the briefs. No hearing will be scheduled.

Inquiries may be directed to the deputy clerk **at 313-234-5206**.


Dated: April 26, 2010        s/Mona K. Majzoub
                                  MONA K. MAJZOUB
                                  UNTIED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

      I hereby certify a copy of this Order was served upon Counsel of Record on April 26, 2010.              s/ Lisa C. Bartlett
                                          Case Manager