IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN J. MURRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY F. GEITHNER, in his official capacity as Secretary, U.S. Department of Treasury; and BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>　　　　　Defendants. | Case No. 08-15147<br><br>**PROOF OF SERVICE OF PLAINTIFF'S TRIAL WITNESS LIST**<br><br>Hon. Lawrence P. Zatkoff<br><br>Mag. Judge Mona K. Majzoub |

| | |
|---|---|
| THOMAS MORE LAW CENTER<br>Robert J. Muise, Esq. (P62849)<br>24 Frank Lloyd Wright Drive<br>P.O. Box 393<br>Ann Arbor, MI 48106<br>rmuise@thomasmore.org<br>(734) 827-2001<br>Fax: (734) 930-7160<br>*Co-Counsel for Plaintiff* | U.S. DEPARTMENT OF JUSTICE<br>John R. Coleman (Va. Bar No. 70908)<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6118<br>Washington, DC 20530<br>john.coleman3@usdoj.gov<br>(202) 514-4505<br>Fax: (202) 616-8460<br>*Counsel for Defendants* |

LAW OFFICES OF DAVID YERUSHALMI, P.C.
David Yerushalmi, Esq. (Ariz. Bar No. 009616;
DC Bar No. 978179; Cal. Bar No. 132011; NY Bar No. 4632568)
P.O. Box 6358
Chandler, AZ 85246
david.yerushalmi@verizon.net
(646) 262-0500
Fax: (801) 760-3901
*Co-Counsel for Plaintiff*

---

　　　　Pursuant to the court's scheduling order, Plaintiff Kevin J. Murray ("Plaintiff"), by and through his undersigned counsel, hereby certifies that on May 3, 2010, a copy of PLAINTIFF'S TRIAL WITNESS LIST was served upon the following by email per the stipulation and agreement of the parties:

1

U.S. DEPARTMENT OF JUSTICE
John R. Coleman (Va. Bar No. 70908)
Trial Attorney
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, DC 20530
john.coleman3@usdoj.gov

Respectfully submitted,

*Counsel for Defendants*

THOMAS MORE LAW CENTER

/s/ Robert J. Muise
Robert J. Muise, Esq.

LAW OFFICES OF DAVID YERUSHALMI, P.C.

/s/ David Yerushalmi
David Yerushalmi, Esq.

*Counsel for Plaintiff*