UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEVIN J. MURRAY

        Plaintiff,

-vs-

TIMOTHY F. GEITHNER, Secretary, U.S. Department of the Treasury, and BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

        Defendants.

                                       /

CIVIL NO. 08-15147

HON. LAWRENCE P. ZATKOFF
MAG. JUDGE MONA K. MAJZOUB

## CERTIFICATE OF SERVICE

Pursuant to the Court's August 5, 2009 Scheduling Order (Dckt. #19), Defendants Timothy F. Geithner and the Board of Governors of the Federal Reserve System, by and through their undersigned counsel, hereby certify that on May 3, 2010, a copy of Defendants' Witness List was served by email, in accordance with prior stipulation of the parties, upon the following: Robert J. Muise, David Yerushalmi.

                                                         *s/ Julie Straus*
                                                         Julie Straus
                                                         Trial Attorney, U.S. Department of Justice
                                                         Civil Division, Federal Programs Branch