IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN J. MURRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>TIMOTHY F. GEITHNER, in his official capacity as Secretary, U.S. Department of Treasury; BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>        Defendants. | Case No. 08-CV-15147<br><br>Hon. Lawrence P. Zatkoff<br><br>Magistrate Mona K. Majzoub |

LAW OFFICES OF DAVID YERUSHALMI, P.C.
David Yerushalmi, Esq. (Ariz. Bar No. 009616;
DC Bar No. 978179; Cal. Bar No. 132011;
NY Bar No. 4632568)
P.O. Box 6358
Chandler, AZ 85246
david.yerushalmi@verizon.net
(646) 262-0500
Fax: (801) 760-3901
*Co-Counsel for Plaintiff*

THOMAS MORE LAW CENTER
Robert J. Muise, Esq. (P62849)
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
rmuise@thomasmore.org
(734) 827-2001
Fax: (734) 930-7160
*Co-Counsel for Plaintiff*

U.S. DEPARTMENT OF JUSTICE
John R. Coleman, Esq.
Julie Straus, Esq.
Trial Attorneys
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, DC 20530
john.coleman3@usdoj.gov;
Julie.Straus@usdoj.gov
(202) 514-4505
Fax: (202) 616-8460
*Counsel for Defendants*

---

**JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES REGARDING PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF ANSWERS AND OBJECTIONS TO REQUESTS FOR ADMISSIONS**

Pursuant to Local Rule 37.1 and this Court's Order dated April 26, 2010, the parties conferred on May 6, 2010, in a good faith effort to narrow the areas of disagreement. Upon conclusion of the conference, all issues set forth in Plaintiff's motion (Doc. No. 48) and the related briefs filed by the parties remain unresolved.

Dated: May 6, 2010

Respectfully submitted,

LAW OFFICES OF DAVID YERUSHALMI
/s/ David Yerushalmi
David Yerushalmi, Esq. (Ariz. Bar No. 009616;
DC Bar No. 978179; Cal. Bar No. 132011;
NY Bar No. 756206)
P.O. Box 6358
Chandler, AZ 85246
david.yerushalmi@verizon.net
(646) 262-0500
Fax: (801) 760-3901
*Counsel for* Plaintiff

THOMAS MORE LAW CENTER
Robert J. Muise, Esq. (P62849)
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
rmuise@thomasmore.org
(734) 827-2001
Fax: (734) 930-7160
*Counsel for* Plaintiff

U.S. DEPARTMENT OF JUSTICE
/s/ John R. Coleman
John R. Coleman, Esq.
Julie Straus, Esq.
Trial Attorneys, Civil Division,
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, DC 20530
john.coleman3@usdoj.gov
(202) 514-4505
Fax: (202) 616-8460
*Counsel for* Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, a copy of the foregoing **JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES REGARDING PLAINTIFF'S MOTION TO DETERMINE SUFFICIENCY OF ANSWERS AND OBJECTIONS TO REQUESTS FOR ADMISSIONS** was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

         LAW OFFICES OF DAVID YERUSHALMI, P.C.

         /s/ David Yerushalmi
         David Yerushalmi, Esq.