*Murray v. Geithner*
Case No. 08-cv-15147

**INDEX OF EXHIBITS**

Exhibit 1          General Counsel of AIG ("AIG GC") Affidavit **(filed under seal)**

Exhibit 2          AIG 2009 SEC Form 10K filing (period ending Dec. 31, 2009) ("AIG 10K") (excerpts)

Exhibit 3          AIG 2010 SEC Form 10Q filing ("AIG 10Q") (excerpts)

Exhibit 4          Treasurer of AIG ("AIG Treas.") Affidavit **(filed under seal)**

Exhibit 5          Defendant's Response to Plaintiff's Request for Admissions ("Defs.' Admis.") (excerpts)

Exhibit 6          AIG Takaful – About Us – Mission Statement ("AIG Takaful")

Exhibit 7          CEO of AIA Takaful International Bhd. Affidavit ("AIA Takaful") **(filed under seal)**

Exhibit 8          Assistant Vice President & Regional Director for Saudi Arabia & New Markets for American Life Insurance Company ("ALICO") Affidavit **(filed under seal)**

Exhibit 9          General Counsel & Director, PT. AIA Financial ("AIA Financial") Affidavit **(filed under seal)**

Exhibit 10         General Manager of CHARTIS Takaful-Enaya B.S.C.(c), formerly AIG Takaful-Enaya B.S.C.(c) ("Takaful-Enaya") Affidavit **(filed under seal)**

Exhibit 11         Executive Vice President of Lexington Insurance Company ("Lexington") & President of A.I. Risk Specialists Insurance, Inc. ("A.I. Risk") Affidavit **(filed under seal)**

Exhibit 12         Steven Coughlin Declaration

           Exhibit A    Expert Report

           Exhibit B    AIG Website Documents ("SCF")

           Exhibit C    AIG Press Release of December 2008

Exhibit 13         Robert Spencer Declaration

           Exhibit A    Expert Report

*Murray v. Geithner*
Case No. 08-cv-15147

|  |  |  |
|---|---|---|
|  | Exhibit B | AIG Website Documents ("SCF") |
|  | Exhibit C | AIG Press Release of December 2008 |
| Exhibit 14 | | AIG Takaful-FAQ's |
| Exhibit 15 | | Plaintiff Kevin Murray Declaration |
| Exhibit 16 | | FED Report Provided Pursuant to § 129 of EESA ("FED Rep.") |
| Exhibit 17 | | Minutes of FED Meeting of September 16, 2008 ("FED Mins.") |
| Exhibit 18 | | Jim Millstein Deposition (excerpts) |
| Exhibit 19 | | Letter from Bernanke to Paulson dated November 9, 2008 ("Bernanke Ltr.") |
| Exhibit 20 | | Jon Greenlee Deposition (excerpts) |
| Exhibit 21 | | Credit Agreement (excerpts) |
| Exhibit 22 | | Trust Agreement |
| Exhibit 23 | | Timothy F. Geithner Testimony to Senate Banking Committee on April 3, 2008 |
| Exhibit 24 | | Legislative History: 154 Cong. Rec. H10712-02 (Oct. 3, 2008) (excerpts) |
| Exhibit 25 | | AIG Press Release of November 2008 |
| Exhibit 26 | | Report of the Office of the Special Inspector General for the Troubled Asset Relief Program ("SIGTARP") of November 17, 2008 |
| Exhibit 27 | | Testimony of Douglas L. Foshee (Trustee) to Congress on May 13, 2009 |
| Exhibit 28 | | Testimony of Chester B. Feldberg (Trustee) to Congress on May 13, 2009 |
| Exhibit 29 | | Testimony of Edward Liddy to Congress on May 13, 2009 |
| Exhibit 30 | | Testimony of Edward Liddy to Congress on March 18, 2009 |
| Exhibit 31 | | "Overview of Islamic Finance: Occasional Paper No. 4 (August 2006)" |
| Exhibit 32 | | Press Release of U.S. Department of Treasury dated June 2, 2004 |

*Murray v. Geithner*
Case No. 08-cv-15147

| | |
|---|---|
| Exhibit 33 | Press Release of U.S. Department of Treasury dated May 8, 2004 |
| Exhibit 34 | Basil Kiwan Deposition (excerpts) |
| Exhibit 35 | Islamic Finance 101 Presentation Materials |
| Exhibit 36 | AIG SCF Financial/Business Transactions **(filed under seal)** |
| Exhibit 37 | ALICO Supplemental Affidavit **(filed under seal)** |