**EXHIBIT 3**
**to Defendants' Motion for Summary Judgment**

**Declaration of David L. Herzog (Filed Under Seal)**

**EXHIBIT 4**
**to Defendants' Motion for Summary Judgment**

**Declaration of Robert Gender (Filed Under Seal)**

**EXHIBIT 5**
**to Defendants' Motion for Summary Judgment**

**Supplemental Declaration of Robert Gender (Filed Under Seal)**

**EXHIBIT 6**
**to Defendants' Motion for Summary Judgment**

**Declaration of Yun G. Lee (Filed Under Seal)**

**EXHIBIT 7**
**to Defendants' Motion for Summary Judgment**

**Declaration of Matthew F. Power (Filed Under Seal)**

**EXHIBIT 8**
**to Defendants' Motion for Summary Judgment**

**Declaration of Youil Homsi (Filed Under Seal)**

**EXHIBIT 9**
**to Defendants' Motion for Summary Judgment**

**Declaration of Mohammed Rahdi (Filed Under Seal)**

**EXHIBIT 10
to Defendants' Motion for Summary Judgment**

**Declaration of Wan Zamri Bin Wan Zain (Filed Under Seal)**

**EXHIBIT 11
to Defendants' Motion for Summary Judgment**

**Declaration of Rudi Kamdani (Filed Under Seal)**