UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEVIN J. MURRAY

    Plaintiff,

-vs-

TIMOTHY F. GEITHNER, Secretary, U.S. Department of Treasury, and BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

    Defendants.
_____/

CIVIL NO. 08-15147

HON. LAWRENCE P. ZATKOFF
MAG. JUDGE MONA K. MAJZOUB

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that John R. Coleman withdraws from representation of the defendants in the above-captioned case. The association of John R. Coleman with this case should be terminated. Julie Straus continues to represent defendants, and all communications, notices, pleadings, and correspondence in this case should be directed to Ms. Straus.

Respectfully submitted,

TONY WEST
Assistant Attorney General

BARBARA L. MCQUADE
United States Attorney

JOHN R. GRIFFITHS
Assistant Director, Federal Programs Branch

/s/ John R. Coleman
JOHN R. COLEMAN
JULIE STRAUS
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530

                                                Telephone: (202) 514-4505  
                                                Facsimile: (202) 616-8460  
                                                Email: John.Coleman3@usdoj.gov

DATED: November 17, 2010

**CERTIFICATION OF SERVICE**

  I hereby certify that on November 17, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert Muise, David Yerushalmi.

               /s/
               John R. Coleman