UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN J. MURRAY,

    Plaintiff,

v.

                                Civil No. 08-15147
                                Hon. Lawrence P. Zatkoff

TIMOTHY F. GEITHNER and
BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

    Defendants.
_____/

## JUDGMENT

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated January 14, 2011, Plaintiff's action is DISMISSED WITH PREJUDICE.

    Dated at Port Huron, Michigan, this 14th day of January, 2011.


                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                    BY:   S/Marie E. Verlinde
                                  Marie E. Verlinde
                                  Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE